**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Casso-Solar Technologies LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2080081** | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **506 Airport Executive Park** <br> **Nanuet, NY 10954** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Rockland** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    **www.cassosolartechnologies.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Casso-Solar Technologies LLC**                                  Case number (*if known*) _____
_____
Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | _____ | | | _____ | |
| | District | When | | Case number, if known | |
| | _____ | _____ | | _____ | |

Debtor    **Casso-Solar Technologies LLC**                                      Case number (*if known*) _____
      Name

---

**11.  Why is the case filed in *this district*?**    *Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
    _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
       Contact name    _____
       Phone    _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Casso-Solar Technologies LLC**
Name

Case number (*if known*)

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 5, 2019**
MM / DD / YYYY

**X** **/s/ Douglas M Canfield**                **Douglas M Canfield**
Signature of authorized representative of debtor      Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Rosemarie E. Matera**                Date   **August 5, 2019**
Signature of attorney for debtor                MM / DD / YYYY

**Rosemarie E. Matera**
Printed name

**Kurtzman Matera, P.C.**
Firm name

**80 Red Schoolhouse Road**
**Suite 110**
**Chestnut Ridge, NY 10977**
Number, Street, City, State & ZIP Code

Contact phone   **(845) 352-8800**      Email address   **law@kmpclaw.com**

**NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Casso-Solar Technologies LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August  5, 2019          X /s/ Douglas M Canfield
                                        Signature of individual signing on behalf of debtor

                                        **Douglas M Canfield**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

## RESOLUTION

THE UNDERSIGNED, being the President and shareholder of Casso-Solar Technologies LLC, a corporation, organized under the laws of the State of New York, does hereby certify that at a Special Meeting of the members of said company duly held on July 16, 2019 at which all of the members were present and acting the following resolution was duly adopted:

"WHEREAS, this company is unable to meet its debts as they mature, be it

RESOLVED, that the company, through its President Douglas M. Canfield, be and it hereby is authorized to take such steps as may be necessary in the best interests of the company and the creditors, including, but not limited to, the filing of a petition for relief under Chapter 11 of U.S. Bankruptcy Code; to sign such petition and affidavits as may be required in said proceedings; and it is hereby authorized and empowered to retain the firm of Kurtzman Matera, P.C., 80 Red Schoolhouse Road, Suite 110, Chestnut Ridge, New York 10977, and 164 Phelps Avenue, Cresskill, New Jersey 07626, as its attorneys in this matter.

BE IT FURTHER RESOLVED, that Kenneth S. Canfield be and the same hereby is designated to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case.

IN WITNESS WHEREOF, I have signed the certificate by Order of said member this 2nd day of August, 2019.

Casso-Solar Technologies LLC

Douglas M. Canfield
President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

In re:                                                     Chapter 11

CASSO-SOLAR TECHNOLOGIES LLC

                                                           Case No:

                            Debtor.

-------------------------------------------------------------x

### AFFIDAVIT PURSUANT TO LOCAL RULE 1007-2

State of New York   )
                    )
County of Rockland  ) ss.:

Douglas M. Canfield being duly sworn, deposes and says:

1.    I am president of the Debtor, and as such am familiar with the facts and circumstances herein, and have been given full authority to act on behalf of the Debtor.

2.    The Debtor is a Corporation located at 506 Airport Executive Park, Nanuet, New York 10954.

3.    The Debtor filed this petition due to cash flow issues.

4.    This Chapter 11 case was not commenced under Chapter 7 or Chapter 13.

5.    Upon information and belief, no creditors committee has been organized prior to the filing herein.

6.    A list of the Debtor's twenty (20) largest unsecured creditors is contained within the petition.

7.    There are no secured creditors.

8.    A summary of the Debtor's assets and liabilities is set forth in the petition.

9.    There are no shares of stock publically held.

11.    The Debtor's books and records are located at 506 Airport Executive Park, Nanuet, New York 10954.

12.    The Debtor has no lawsuits pending.

13.    The Debtor's president is Douglas M. Canfield, president of the Debtor and 45.9170% shareholder. He has been with the Debtor since inception.

14.    The Debtor's property is in the hands of the Debtor.

15.    The Debtor's payroll is $80,000.00. The officers shall not receive a salary in the 30-days following the filing of this petition.

16.    The Debtor's estimated receipts are $260,922.94 and disbursements are $600,636.47 over the next 30 days.

17.    The Debtor intends to rehabilitate the operation of its business as a debtor in possession in accordance with the provisions of Chapter 11 of the Bankruptcy Code and intends to propose a Plan of Reorganization pursuant to the provisions thereof.

CASSO-SOLAR TECHNOLOGIES LLC

Kenneth S. Canfield
Authorized Agent

Sworn to before me this
31 day of July, 2019
Osama Abdalla

Notary Public

OSAMA M ABDALLA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01AB6353282
Qualified in New York County
My Commission Expires 01-17-2021

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Casso-Solar Technologies LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADP** **10200 Sunset Drive** **Miami, FL 33173** | | | | | | **$38,000.00** |
| **American Express** **PO Box 981535** **El Paso, TX 79998** | | | | | | **$51,261.00** |
| **Donaldson Poland** **ul.Sienna 64-00-825** **WARSZAWA** **POLAND** | | | | | | **$2,475.00** |
| **John Lang** **22 Forest Drive** **Hillsdale, NJ 07642** | | | | | | **$5,132.80** |
| **Kristina McKee** **650 2nd St. Apt. 2E** **Hoboken, NJ 07030** | | | | | | **$3,305.88** |
| **Metcar** **19 South Water Street** **Ossining, NY 10562** | | | | | | **$2,099.00** |
| **Millet Industrial De Vidrio** **CP Melba** **Guadalupe Colen Flore** **Km23+350 Anillo Perferico** **C.P. 97300 MERIDA YUCATAN MEXI** | | | | | | **$11,593.00** |
| **Norman S. Wright Mechanical Equipment** **1825 De La Cruz Blvd, Ste 100** **Santa Clara, CA 95050** | | | | | | **$20,583.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **Casso-Solar Technologies LLC**
　　　　　Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Plastic Design 1330 South Vermillion St. Paxton, IL 60957** | | | | | | **$2,727.00** |
| **Rich Grisafi 13 Broadway Park Ridge, NJ 07656** | | | | | | **$4,733.41** |
| **Sam Hurwitz 6 Francis Ave Nyack, NY 10960** | | | | | | **$3,886.66** |
| **Solar Products 228 R Wanaque Avenue Pompton Lakes, NJ 07442** | | | | | | **$57,756.73** |
| **Spec Fab 699 Todd Road Honey Brook, PA 19344** | | | | | | **$2,100.00** |
| **Standard Rubber Products 120 Seegers Avenue Elk Grove Village, IL 60007** | | | | | | **$2,678.00** |
| **Steve Maioano 55 Oldert Drive Pearl River, NY 10965** | | | | | | **$2,208.33** |
| **View 12380 Kirk Road Olive Branch, MS 38654** | | | | | | **$6,985.00** |
| **Volt Workforce Solutions 2201 Walnut Ave. Suite 110 Fremont, CA 94538** | | | | | | **$34,393.00** |
| **Wire Belt Co. of America 154 Harvey Road Londonderry, NH 03053** | | | | | | **$2,916.00** |
| **Wrabacon 150 Old Waterville Road PO Box 7 Oakland, ME 04963** | | | | | | **$205,616.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor    **Casso-Solar Technologies LLC**
_____
Name

Case number *(if known)*    _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Zytronic Displays Whitney Road Blaydon TYNE & WEAR NE21 5NU UK** | | | | | | **$3,900.00** |

**Fill in this information to identify the case:**

Debtor name     **Casso-Solar Technologies LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................... $      **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................. $      **1,188,871.22**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................. $      **1,188,871.22**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $      **35,230.62**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$      **461,149.23**

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b

$      **496,379.85**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **Casso-Solar Technologies LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase** | **Checking** | 4182 | $60,111.14 |
| 3.2. | **Chase** | **Payroll** | 4349 | $705.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                                                              | $60,816.14 |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | **Bromer** | |
| --- | --- | --- |
| 7.1. | **Vender Deposit** | $4,813.00 |
| | **Duff Norton** | |
| 7.2. | **Vender Deposit** | $7,389.90 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Casso-Solar Technologies LLC**                    Case number *(If known)* _____
_____
Name

| 7.3. | **Dwyer Instruments Inc**<br>**Vender Deoposit** | **$539.40** |
| 7.4. | **Fala Technologies**<br>**Vender Deposit** | **$293.60** |
| 7.5. | **Hefei Quickly Electric Co. Ltd.**<br>**Vendor Deposit** | **$2,774.20** |
| 7.6. | **Honylite**<br>**Vendor Deposit** | **$2,048.00** |
| 7.7. | **Koolon Int'l Corp**<br>**Vendor Deposit** | **$1,370.00** |
| 7.8. | **McAllister Mills**<br>**Vendor Deposit** | **$2,152.50** |
| 7.9. | **McMaster-Caar**<br>**Vendor Deposit** | **$416.12** |
| 7.10. | **Merrimac**<br>**Vendor Deposit** | **$6,120.00** |
| 7.11. | **Nedrow Refractories**<br>**Vendor Deposit** | **$1,920.50** |
| 7.12. | **Ningbo Dingda International Trade Co. Ltd**<br>**Vendor Deposit** | **$730.00** |
| 7.13. | **Noble Brand Holdings Ltd**<br>**Vendor Deposit** | **$420.00** |
| 7.14. | **Ohio Gratings**<br>**Vendor Deposit** | **$853.25** |
| 7.15. | **Omega Eingineering**<br>**Vendor Deposit** | **$188.00** |
| 7.16. | **Schott North America**<br>**Vendor Deposit** | **$6,832.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Casso-Solar Technologies LLC**                    Case number *(If known)* _____
　　　　　Name

| | | |
|---|---|---|
| 7.17. | **SEW Eurodrive**<br>**Vendor Deposit** | **$617.20** |
| 7.18. | **Stockwell Elastomerica**<br>**Vendor Deposit** | **$386.91** |
| 7.19. | **Wrabacon**<br>**Vendor Deposit** | **$59,780.50** |

8.　　**Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
　　　Description, including name of holder of prepayment

9.　　**Total of Part 2.**

　　　Add lines 7 through 8. Copy the total to line 81.

| $99,645.08 |
|---|

**Part 3:**　**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.　　**Accounts receivable**

11a. 90 days old or less: ___**108,410.00**___ - ___**0.00**___ = .... | **$108,410.00** |

　　　　　　　　　　　　　face amount　　　　　　doubtful or uncollectible accounts

12.　　**Total of Part 3.**

　　　Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $108,410.00 |
|---|

**Part 4:**　**Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**　**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale**<br>**Inventory Finshed Goods** | | **$0.00** | | **$10,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Casso-Solar Technologies LLC**                    Case number *(If known)* _____
      Name

| 22. | Other inventory or supplies Inventory Work in Progress | | $0.00 | | $150,000.00 |
|---|---|---|---|---|---|

| 23. | **Total of Part 5.** | | | $160,000.00 |
|---|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value _____ 0.00  Valuation method _____  Current Value  25,000.00

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office Furniture, fixtures, equipment | $0.00 | | $100,000.00 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | $100,000.00 |
|---|---|---|---|

Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No

Debtor    **Casso-Solar Technologies LLC**                                              Case number *(If known)* _____
           Name

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Trade Secrets** | **$0.00** | | **$250,000.00** |
| 61. | **Internet domain names and websites** **Website** | **$0.00** | | **$10,000.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** **Customer Lists** | **$0.00** | | **$150,000.00** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** **Goodwill** | **$0.00** | | **$250,000.00** |

66.    **Total of Part 10.**                                                          | **$660,000.00** |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☐ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☐ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☐ No

Official Form 206A/B                        Schedule A/B Assets - Real and Personal Property                        page 5

Debtor   **Casso-Solar Technologies LLC**                                        Case number *(If known)* _____
          Name

☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

Debtor    **Casso-Solar Technologies LLC**                                      Case number *(If known)* _____
         Name

<div style="background:black;color:white;display:inline-block;">Part 12:</div>    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|

80. **Cash, cash equivalents, and financial assets.**
    *Copy line 5, Part 1*  —  **$60,816.14**

81. **Deposits and prepayments.** *Copy line 9, Part 2.*  —  **$99,645.08**

82. **Accounts receivable.** *Copy line 12, Part 3.*  —  **$108,410.00**

83. **Investments.** *Copy line 17, Part 4.*  —  **$0.00**

84. **Inventory.** *Copy line 23, Part 5.*  —  **$160,000.00**

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.*  —  **$0.00**

86. **Office furniture, fixtures, and equipment; and collectibles.**
    *Copy line 43, Part 7.*  —  **$100,000.00**

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*  —  **$0.00**

88. **Real property.** *Copy line 56, Part 9.......................................................................>*  —  **$0.00**

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*  —  **$660,000.00**

90. **All other assets.** *Copy line 78, Part 11.*  +  **$0.00**

91. **Total.** Add lines 80 through 90 for each column  **$1,188,871.22**  + 91b.  **$0.00**

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92  **$1,188,871.22**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Casso-Solar Technologies LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Casso-Solar Technologies LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,671.88 | $4,671.88 |
|  | **Derek Burkholder** | *Check all that apply.* |  |  |
|  | **20 Fairfax Ave.** | ☐ Contingent |  |  |
|  | **Wilton, CT 06897** | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ■ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,250.00 | $6,250.00 |
|  | **Jana Kolpen** | *Check all that apply.* |  |  |
|  | **506 Airport Exevcutive Park** | ☐ Contingent |  |  |
|  | **Nanuet, NY 10954** | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ■ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |  |  |

Debtor    **Casso-Solar Technologies LLC**                                    Case number *(if known)*
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,132.80 | $5,132.80 |
|---|---|---|---|---|

**John Lang**
**22 Forest Drive**
**Hillsdale, NJ 07642**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,305.88 | $3,305.88 |
|---|---|---|---|---|

**Kristina McKee**
**650 2nd St. Apt. 2E**
**Hoboken, NJ 07030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,733.41 | $4,733.41 |
|---|---|---|---|---|

**Rich Grisafi**
**13 Broadway**
**Park Ridge, NJ 07656**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,886.66 | $3,886.66 |
|---|---|---|---|---|

**Sam Hurwitz**
**6 Francis Ave**
**Nyack, NY 10960**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Casso-Solar Technologies LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,041.66 | $5,041.66 |
|---|---|---|---|---|
| | **Stephanie DeSimone**<br>**80 Burd Street, Unit 6**<br>**Nyack, NY 10960** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,208.33 | $2,208.33 |
|---|---|---|---|---|
| | **Steve Maioano**<br>**55 Oldert Drive**<br>**Pearl River, NY 10965** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ADP**<br>**10200 Sunset Drive**<br>**Miami, FL 33173**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $38,000.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**All-Ways Trucking**<br>**3639 Aviation Way**<br>**Medford, OR 97504**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $206.30 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $51,261.00 |

| Debtor | Casso-Solar Technologies LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$83.00**

Automation Direct
PO Box 402417
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$339.88**

Bryant Products
W1388 Elmwood Ave.
PO Box 270
Ixonia, WI 53036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,051.70**

Cameron Manufacturing & Design
PO Box 748
Horseheads, NY 14845

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,388.00**

Clevland Electric
1776 Enterprise Parkway
Twinsburg, OH 44087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,475.00**

Donaldson Poland
ul.Sienna 64-00-825
WARSZAWA POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$504.20**

Dwyer Instruments, Inc.
102 Indiana Hwy 212
PO Box 373
Michigan City, IN 46360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$88.75**

Fasco Distribution Co
RBC Horizon-Fasco Distributing
3790 Solutions Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Casso-Solar Technologies LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.11** Nonpriority creditor's name and mailing address

**Gemtron de Mexico s.A. de C.V.**
**Zona Industrial Del Potisi**
**2A Seccion , C.P. 78395**
**SAN LUIS POTOSI, S.L.P. MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,020.00**

---

**3.12** Nonpriority creditor's name and mailing address

**Jerry's Welding & Fabrication**
**105 Leavesley Rd, Bldg #1B**
**Gilroy, CA 95020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,526.00**

---

**3.13** Nonpriority creditor's name and mailing address

**JY Manufacturing Center**
**PO Box 297**
**Suffern, NY 10901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,456.00**

---

**3.14** Nonpriority creditor's name and mailing address

**Metcar**
**19 South Water Street**
**Ossining, NY 10562**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,099.00**

---

**3.15** Nonpriority creditor's name and mailing address

**MikroQuente Performance**
**135 160th Place SE**
**Bellevue, WA 98007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,540.00**

---

**3.16** Nonpriority creditor's name and mailing address

**Millet Industrial De Vidrio**
**CP Melba Guadalupe Colen Flore**
**Km23+350 Anillo Perferico**
**C.P. 97300 MERIDA YUCATAN MEXI**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,593.00**

---

**3.17** Nonpriority creditor's name and mailing address

**National Business Supply, Inc.**
**5419 Decatur Blvd**
**Suite 101**
**Las Vegas, NV 89146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$258.50**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | Casso-Solar Technologies LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,583.00**

Norman S. Wright
Mechanical Equipment
1825 De La Cruz Blvd, Ste 100
Santa Clara, CA 95050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,462.00**

North American Roller Product
PO Box 2142
Glen Ellyn, IL 60138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,727.00**

Plastic Design
1330 South Vermillion St.
Paxton, IL 60957

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$409.00**

Precision Quincy Ovens
483 Gardner St.
South Beloit, IL 61080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$317.25**

Prime Industrial Components
465 New Milford Ave
Oradell, NJ 07649

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$530.00**

PSI Urethanes, Inc
10503 Metropolitan Dr.
Austin, TX 78758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,623.00**

Schneider National Inc.
2567 Paysphere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Casso-Solar Technologies LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $915.92 |
|---|---|---|---|

**SEW Eurodrive**
**PO Box 751670**
**Charlotte, NC 28275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,756.73 |
|---|---|---|---|

**Solar Products**
**228 R Wanaque Avenue**
**Pompton Lakes, NJ 07442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**Spec Fab**
**699 Todd Road**
**Honey Brook, PA 19344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,678.00 |
|---|---|---|---|

**Standard Rubber Products**
**120 Seegers Avenue**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,120.00 |
|---|---|---|---|

**Thermo-Electric Co.**
**PO Box 1593**
**West Chester, PA 19380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,985.00 |
|---|---|---|---|

**View**
**12380 Kirk Road**
**Olive Branch, MS 38654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,393.00 |
|---|---|---|---|

**Volt Workforce Solutions**
**2201 Walnut Ave.**
**Suite 110**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Casso-Solar Technologies LLC**                                      Case number (if known) _____
_____
Name

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$227.00** |
|---|---|---|---|

**Wale Apparatus Co., Inc**
**National Quartz**
**400 Front Street**
**Hellertown, PA 18055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,916.00** |
|---|---|---|---|

**Wire Belt Co. of America**
**154 Harvey Road**
**Londonderry, NH 03053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$205,616.00** |
|---|---|---|---|

**Wrabacon**
**150 Old Waterville Road**
**PO Box 7**
**Oakland, ME 04963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,900.00** |
|---|---|---|---|

**Zytronic Displays**
**Whitney Road**
**Blaydon**
**TYNE & WEAR NE21 5NU UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 35,230.62 |
| 5b. Total claims from Part 2 | 5b. + | $ 461,149.23 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 496,379.85 |

| Fill in this information to identify the case: |
| --- |

Debtor name **Casso-Solar Technologies LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest      **Lease on Premises** | |
| State the term remaining   **24 months** | **500 Airport Executive Park LLC** |
| List the contract number of any government contract  _____ | **500 Executive Park** |
| | **Nanuet, NY 10954** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Casso-Solar Technologies LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.2 | _____ | _____ Street _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.3 | _____ | _____ Street _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.4 | _____ | _____ Street _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |

**Fill in this information to identify the case:**

Debtor name __**Casso-Solar Technologies LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$600,000.00** |
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$2,581,453.00** |
   | **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$3,704,826.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor    **Casso-Solar Technologies LLC**                                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **American Express**<br>PO Box 981535<br>El Paso, TX 79998 | 4/29/2019 | $92,451.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other___ |
| 3.2. **American Express**<br>PO Box 981535<br>El Paso, TX 79998 | 5/30/2019 | $32,695.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other___ |
| 3.3. **American Rigging**<br>1370 Vander way<br>San Jose, CA 95112 | 4/18/2019 | $39,110.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **American Rigging**<br>1370 Vander Way<br>San Jose, CA 95112 | 5/13/2019 | $7,575.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Duff Norton**<br>**Columbus McKinnon Corp**<br>PO Box 536400<br>Pittsburgh, PA 15253 | 5/23/2019 | $7,389.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Quanten Electrical Contractor, Inc**<br>1161-70 Ringwood Court<br>San Jose, CA 95131 | 5/23/2019 | $7,608.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Quanten Elecrical Contractor, Inc.**<br>1161-70 Ringwood Court<br>San Jose, CA 95131 | 5/13/2019 | $30,816.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Quanten Electrical Contractor, Inc.**<br>1161-70 Ringwood Court<br>San Jose, CA 95131 | 4/18/2019 | $76,132.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Casso-Solar Technologies LLC**_____    Case number *(if known)*_____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Schott North America, Inc.**<br>PO Box 13231<br>Newark, NJ 07101 | 5/23/2019 | $6,832.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10. **Solar Products**<br>228 R Wanaque Avenue<br>Pompton Lakes, NJ 07442 | 4/18/2019 | $10,365.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. **Solar Products**<br>228 R Wanaque Ave.<br>Pompton Lakes, NJ 07442 | 5/13/2019 | $32,946.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. **Technical Glass Products**<br>881 Callendar Blvd<br>Painesville, OH 44077 | 4/18/2019 | $7,347.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. **Wrabacon**<br>150 Old Waterville Road<br>PO Box 7<br>Oakland, ME 04963 | 4/22/2019 | $36,738.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. **General Aire Systems**<br>PO Box 110<br>Darby, PA 19023 | | $12,146.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Stephanie DeSimone**<br>80 Burd Street, Unit 6<br>Nyack, NY 10960<br>Shareholder | 12/14/2018 | $60,000.00 | **bonus** |

Debtor    **Casso-Solar Technologies LLC**                                                Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.    **Derek Burkholder**<br>**20 Fairfax Ave.**<br>**Wilton, CT 06897**<br>**Shareholder** | **12/14/2018** | **$60,000.00** | **bonus** |
| 4.3.    **Stephanie DeSimone**<br>**80 Burd Street, Unit 6**<br>**Nyack, NY 10960** | **Last 12 months** | **$115,499.88** | **Salary** |
| 4.4.    **Derek Burkholder**<br>**20 Fairfax Ave.**<br>**Wilton, CT 06897** | **Last 12 months** | **$104,812.56** | **Salary** |
| 4.5.    **Jana Kolpen**<br>**506 Airport Exevcutive Park**<br>**Nanuet, NY 10954** | **Last 12 months** | **$75,000.00** | **Salary** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | **Casso-Solar Technologies LLC** | Case number *(if known)* | |
|---|---|---|---|

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kurtzman Matera, P.C.**<br>**80 Red Schoolhouse Road**<br>**Suite 110**<br>**Chestnut Ridge, NY 10977** | **Attorney Fees** | | **$25,000.00** |
| | **Email or website address**<br>**law@kmpclaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**

Debtor     **Casso-Solar Technologies LLC**                                      Case number *(if known)* _____

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|
|         |                            |

**Part 8:     Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|----------------------------------------------------------------------------|
|                           |                                                                                  |                                                                            |

**Part 9:     Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ■ No Go to Part 10.
        ☐ Yes. Fill in below:
        ■ No Go to Part 10.
        ☐ Yes. Fill in below:

**Part 10:     Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|
|                                        |                                 |                               |                                                      |                                          |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|-----------------------|
|                                         |                                           |                             |                       |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    **Casso-Solar Technologies LLC**                                    Case number *(if known)* _____

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Casso-Solar Technologies LLC**                                   Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Larry E. Stoloff CPA**<br>**299 Forest Ave.**<br>**Paramus, NJ 07652** | |
| 26a.2.   **Stephane DeSimone** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **Casso-Solar Technologies LLC**<br>**506 Airport Executive Park**<br>**Nanuet, NY 10954** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| Douglas M. Canfield | 220 N Zapata Highway #11<br>PMB228B<br>Laredo, TX 78043 | President | 45.9170% |

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| Derek Burkholder | 20 Fairfax Ave.<br>Wilton, CT 06897 | | 4.0% |

Debtor    **Casso-Solar Technologies LLC**                                      Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Janna Kolpen | **220 N Zapata Highway #11 PMB228B Laredo, TX 78043** | **Secretary** | **45.9170%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Stephanie DeSimone** | **80 Burd Street, Unit 6 Nyack, NY 10960** | **Treasurer** | **4.166%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☒ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|
| **Casso-Solar Technologies, LLC** | EIN:    **199304** |

| Debtor | **Casso-Solar Technologies LLC** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August  5, 2019**

**/s/ Douglas M Canfield**                                              **Douglas M Canfield**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re    **Casso-Solar Technologies LLC**　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter 　**11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.　Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2.　The source of the compensation paid to me was:

　　■ Debtor　　　☐ Other (specify):

3.　The source of compensation to be paid to me is:

　　■ Debtor　　　☐ Other (specify):

4.　■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　　☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.　In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

　　a.　Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
　　b.　Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
　　c.　Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
　　d.　[Other provisions as needed]

6.　By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

　　I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August  5, 2019**
*Date*

　　　　　　　　　　　　　　　　**/s/ Rosemarie E. Matera**
　　　　　　　　　　　　　　　　**Rosemarie E. Matera**
　　　　　　　　　　　　　　　　*Signature of Attorney*
　　　　　　　　　　　　　　　　**Kurtzman Matera, P.C.**
　　　　　　　　　　　　　　　　**80 Red Schoolhouse Road**
　　　　　　　　　　　　　　　　**Suite 110**
　　　　　　　　　　　　　　　　**Chestnut Ridge, NY 10977**
　　　　　　　　　　　　　　　　**(845) 352-8800   Fax: (845) 352-8865**
　　　　　　　　　　　　　　　　**law@kmpclaw.com**
　　　　　　　　　　　　　　　　*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of New York

In re    **Casso-Solar Technologies LLC** _____

                      Debtor(s)

Case No. _____

Chapter   **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Derek Burkholder**<br>**20 Fairfax Ave.**<br>**Wilton, CT 06897** | **Common** | **4.0** | |
| **Douglas Canfield**<br>**220 N Zapata Highway #11**<br>**PMB228B**<br>**Laredo, TX 78043** | **Common** | **45.9170** | **President** |
| **Jana Kolpen**<br>**220 N Zapata Highway #11**<br>**PMB228B**<br>**Laredo, TX 78043** | **Common** | **45.9170** | **Secretary** |
| **Stephanie DeSimone**<br>**80 Burk Street**<br>**Unit 6**<br>**Nyack, NY 10960** | **Common** | **4.166** | **Treasurer** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August  5, 2019** _____

Signature   **/s/ Douglas M Canfield** _____

                     **Douglas M Canfield**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of New York

In re   __Casso-Solar Technologies LLC_____     Case No. _____

_____ Debtor(s)     Chapter   __11_____

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __August  5, 2019_____         __/s/ Douglas M Canfield_____
                                                    **Douglas M Canfield**/President
                                                    Signer/Title

500 EXECUTIVE PARK
NANUET, NY 10954

102 INDIANA AVE
PO BOX 373
MICHIGAN CITY, IN 46360

CP MELBA GUADALUPE COLEN F
KM23+350 ANILLO PERFERIC
C.P. 97300 MERIDA YUCATA

ADP
10200 SUNSET DRIVE
MIAMI, FL 33173

FASCO DISTRIBUTION CO
RBC HORIZON-FASCO DISTRIBUTING
3790 SOLUTIONS CENTER
CHICAGO, IL 60677

NATIONAL BUSINESS SUPPLYI
6419 DECATUR BLVD
SUITE 101
LAS VEGAS, NV 89146

ALL-WAYS TRUCKING
3639 AVIATION WAY
MEDFORD, OR 97504

GEMTRON DE MEXICO S.A. DE C.V
ZONA INDUSTRIAL DEL POTISI
2A SECCION , C.P. 78395
SAN LUIS POTOSI, S.L.P. MEXICO

NORMAN S. WRIGHT
MECHANICAL EQUIPMENT
1825 DE LA CRUZ BLVD, STE1
SANTA CLARA, CA 95050

AMERICAN EXPRESS
PO BOX 981535
EL PASO, TX 79998

JANA KOLPEN
506 AIRPORT EXEVCUTIVE PARK
NANUET, NY 10954

NORTH AMERICAN ROLLER PR
PO BOX 2142
GLEN ELLYN, IL 60138

AUTOMATION DIRECT
PO BOX 402417
ATLANTA, GA 30384

JERRY'S WELDING & FABRICATION
105 LEAVESLEY RD, BLDG #1B
GILROY, CA 95020

PLASTIC DESIGN
1330 SOUTH VERMILLION ST.
PAXTON, IL 60957

BRYANT PRODUCTS
W1388 ELMWOOD AVE.
PO BOX 270
IXONIA, WI 53036

JOHN LANG
22 FOREST DRIVE
HILLSDALE, NJ 07642

PRECISION QUINCY OVENS
483 GARDNER ST.
SOUTH BELOIT, IL 61080

CAMERON MANUFACTURING & DESIGN
PO BOX 748
HORSEHEADS, NY 14845

NY MANUFACTURING CENTER
PO BOX 297
SUFFERN, NY 10901

PRIME INDUSTRIAL COMPONE
465 NEW MILFORD AVE
ORADELL, NJ 07649

CLEVLAND ELECTRIC
1776 ENTERPRISE PARKWAY
TWINSBURG, OH 44087

KRISTINA MCKEE
650 2ND ST. APT. 2E
HOBOKEN, NJ 07030

PSI URETHANES, INC
10503 METROPOLITAN DR.
AUSTIN, TX 78758

DEREK BURKHOLDER
20 FAIRFAX AVE.
WILTON, CT 06897

METCAR
19 SOUTH WATER STREET
OSSINING, NY 10562

RICH GRISAFI
13 BROADWAY
PARK RIDGE, NJ 07656

DONALDSON POLAND
UL.SIENNA 64-00-825
WARSZAWA POLAND

MIKROQUENTE PERFORMANCE
135 160TH PLACE SE
BELLEVUE, WA 98007

SAM HURWITZ
6 FRANCIS AVE
NYACK, NY 10960

2567 PAYSPHERE CIRCLE                NATIONAL PLASTICS
CHICAGO, IL 60674                    400 FRONT STREET
                                     HELLERTOWN, PA 18055


SEW EURODRIVE                        WIRE BELT CO. OF AMERICA
PO BOX 751670                        154 HARVEY ROAD
CHARLOTTE, NC 28275                  LONDONDERRY, NH 03053


SOLAR PRODUCTS                       WRABACON
228 R WANAQUE AVENUE                 150 OLD WATERVILLE ROAD
POMPTON LAKES, NJ 07442              PO BOX 7
                                     OAKLAND, ME 04963


SPEC FAB                             ZYTRONIC DISPLAYS
699 TODD ROAD                        WHITNEY ROAD
HONEY BROOK, PA 19344                BLAYDON
                                     TYNE & WEAR NE21 5NU UK


STANDARD RUBBER PRODUCTS
120 SEEGERS AVENUE
ELK GROVE VILLAGE, IL 60007


STEPHANIE DESIMONE
80 BURD STREET, UNIT 6
NYACK, NY 10960


STEVE MAIOANO
55 OLDERT DRIVE
PEARL RIVER, NY 10965


THERMO-ELECTRIC CO.
PO BOX 1593
WEST CHESTER, PA 19380


VIEW
12380 KIRK ROAD
OLIVE BRANCH, MS 38654


VOLT WORKFORCE SOLUTIONS
2201 WALNUT AVE.
SUITE 110
FREMONT, CA 94538

# United States Bankruptcy Court
## Southern District of New York

In re   **Casso-Solar Technologies LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Casso-Solar Technologies LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

8/5/2019

Date

/s/ Douglas M. Canfield

**Douglas M. Canfield**

Signature of  Litigant

**Casso-Solar Technologies LLC**